## 55904. LOWE v. THE STATE.

SMITH, Judge.

We find no harmful error in the trial court's mere "slip of the tongue" in recharging the jury on corroboration. Taken as a whole, the recharge was correct, and we affirm appellant's conviction of rape and kidnapping. *Billups v. State,* 236 Ga. 922 (3) (225 SE2d 887) (1976); *Ward v. State,* 238 Ga. 367 (233 SE2d 175) (1977).

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

SUBMITTED JUNE 5, 1978 — DECIDED JULY 3, 1978.

*Hester & Hester, Frank B. Hester,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.